FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -4 P 3:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

05 40024

| | |
|---|---|
| CHARLES DANA TATRO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05- |
| ACTUARIAL STRATEGIES, INC., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of John P. McLafferty, on behalf of the Defendant, Actuarial Strategies, Inc., in connection with the above-captioned action.

Respectfully submitted,
ACTUARIAL STRATEGIES, INC.,
Defendant,

By its attorneys,

John P. McLafferty (BBO # 639179)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

DATED: February 4, 2005

## CERTIFICATE OF SERVICE

I, John P. McLafferty, hereby certify that on the 4th day of February, 2005, I served a true and correct copy of the foregoing via fax and overnight mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.

_____
John P. McLafferty