UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *Charles Dana Tatro* | ) | |
| *Plaintiff,* | ) | |
| *v.* | ) | Civil Action No. 05-40024 |
| | ) | |
| | ) | |
| *Actuarial Strategies, Inc.,* | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFFS MOTION TO REMAND ACTION BASED UPON
## LACK OF JURISDICTION

The plaintiff, Charles Dana Tatro (the "Plaintiff"), hereby moves this Court for an order

remanding this matter to State Court based upon lack of diversity jurisdiction. In support of this

motion, the Plaintiff states that in conjunction with the State action a Civil Action Cover Sheet

was filed indicating the damages sought in this case to be in the amount of $70,000.00. A true

and accurate copy of the Civil Action Cover Sheet is attached hereto and identified as Exhibit A.

Based upon that fact, the jurisdictional limitation of this Court, specifically, the $75,000.00 has

not been met and the remand of this action is proper.

### Request for Oral Argument

The Plaintiff hereby requests that this Court mark up the Plaintiff's Motion to Remand

for Oral Argument.

Wherefore, the Plaintiff respectfully requests that this matter be remanded to Worcester

Superior Court and grant such other and further relief as is meet and just.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

John M. Wozniak (BBO#556441)
Wozniak & Padula, P.C.
82 Cape Road, Rte. 140
Mendon, MA 01756
(508) 478-3788

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I, John M. Wozniak, hereby certify that a copy of the forgoing was served via first class

mail, postage prepaid to:

John P. McLafferty, Esquire
Day, Berry & Howard, LLP
260 Franklin Street
Boston, MA 02110

John M. Wozniak (BBO # 556441)
Wozniak & Padula, P.C.
82 Cape Road
Mendon, MA  01756
(508) 478-3788

Dated: February 16, 2005

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *Charles Dana Tatro* | ) | |
| Plaintiff, | ) | |
| *v.* | ) | Civil Action No. 05-40024 |
| | ) | |
| *Actuarial Strategies, Inc.,* | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Following hearing, it is hereby ordered that this matter is remanded to Worcester Superior Court based upon lack of diversity jurisdiction.

_____
Justice