UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *Charles Dana Tatro*<br>  *Plaintiff,*<br>v.<br><br>*Actuarial Strategies, Inc.,*<br>  *Defendant.* | Civil Action No. 05-40024 |

### PLAINTIFF'S EMERGENCY MOTION FOR A SHORT ORDER OF NOTICE ON MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION AND ALTERNATIVELY, FOR HEARING ON PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF

The plaintiff, Charles Dana Tatro (the "Plaintiff"), hereby moves this Court for a short order of notice on Plaintiff's Motion to Remand and, alternatively, on Plaintiffs Motion for Injunctive Relief.

In support of this motion, the Plaintiff states that the claimed damages, do not meet the necessary threshold jurisdictional amount of $75,000.00. Alternatively, in the event this Court deems that this jurisdictional requirement is met, the Plaintiff requests a hearing on his Motion for Injunctive Relief previously filed in the Superior Court. As further support for this motion, the Plaintiff states that previously the Superior Court had allowed a Motion for Short Order of Notice which hearing was scheduled on the Monday upon which this action was removed to this Court. At this point in time, the urgency of this matter is based upon the actions of the Defendant have restrained the Plaintiff in his pursuit of employment.

**WHEREFORE**, the Plaintiff respectfully requests that this Court grant his Motion for a Short Order of Notice on Motion to Remand or alternatively, for a hearing on the Plaintiff's Motion for Injunctive Relief and grant such other and further relief as is meet and just.

                                    Respectfully Submitted,
                                    The Plaintiff,
                                    By His Attorney,

                                    */s/ John M. Wozniak*
                                    John M. Wozniak (BBO#556441)
                                    Wozniak & Padula, P.C.
                                    82 Cape Road, Rte. 140
                                    Mendon, MA 01756
                                    (508) 478-3788

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

I, John M. Wozniak, hereby certify that a copy of the forgoing was served via first class mail, postage prepaid to:

John P. McLafferty, Esquire
Day, Berry & Howard, LLP
260 Franklin Street
Boston, MA 02110

John M. Wozniak (BBO # 556441)
Wozniak & Padula, P.C.
82 Cape Road
Mendon, MA 01756
(508) 478-3788

Dated: February 16, 2005

1