**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| CHARLES DANA TATRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-40024 |
| | ) | |
| ACTUARIAL STRATEGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ASSENTED-TO MOTION TO ADMIT GLENN W. DOWD**
**PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), Defendant Actuarial Strategies, Inc. ("Defendant") by and through its counsel, respectfully moves this Court to admit Glenn W. Dowd, Esquire, pro hac vice as counsel for Defendant in the above-captioned matter. The grounds for this motion are as follows:

1.      Mr. Dowd is a member in good standing of every bar in which he has been admitted to practice. (See Affidavit of Glenn W. Dowd ("Dowd Aff."), at ¶ 2).

2.      Mr. Dowd has been admitted to practice before the Courts of the State of Connecticut, the United States District Court for the District of Connecticut, and the United States Court of Appeals for the Second Circuit. (Dowd Aff. at ¶ 2.)

3.      There are no disciplinary proceedings pending against Mr. Dowd as a member of the bar of any jurisdiction. (Dowd Aff. at ¶ 3).

4.      Mr. Dowd is familiar with the local rules of this Court and the Federal Rules of Civil Procedure. (Dowd Aff. at ¶ 4).

5.      Mr. Dowd is familiar with Actuarial Strategies, Inc. and the issues in this lawsuit.

Mr. Dowd's appearance and participation in this matter in conjunction with attorneys from Day,

Berry & Howard LLP's Boston office are necessary for the proper and effective representation of

Actuarial Strategies, Inc.  (Dowd Aff. at ¶ 5).

6.      This motion is made by a member of the bar of this Court who has made an

appearance in this matter.

7.      Plaintiff's counsel, John M. Wozniak, Esq., has been contacted and has assented

to this Motion.

**WHEREFORE**, Actuarial Strategies, Inc, by and through its counsel, moves this Court

to admit Glenn W. Dowd <u>pro</u> <u>hac</u> <u>vice</u> in this litigation.

<div style="margin-left: 45%;">

Respectfully submitted,
ACTUARIAL STRATEGIES, INC.,
Defendant,

By its attorneys,


    /s/ John P. McLafferty
John P. McLafferty (BBO # 639179)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

</div>

DATED: February 17, 2005

-3-

## CERTIFICATE OF SERVICE

I, John P. McLafferty, hereby certify that on the 17th day of February, 2005, I served a true and correct copy of the foregoing via first class mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.


    /s/ John P. McLafferty
John P. McLafferty