# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CHARLES DANA TATRO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **05-40024-FDS** |
| **ACTUARIAL STRATEGIES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER ON PLAINTIFF'S MOTION TO REMAND

Plaintiff has moved to remand this case, which was removed from the Worcester Superior Court on the basis of diversity jurisdiction, because the $64,000 damage award that he seeks is less than the threshold jurisdictional amount of $75,000. Plaintiff's complaint includes a claim brought under Mass. Gen. Laws ch. 93A for defendant's allegedly "knowing and willful" conduct. If plaintiff succeeds in that claim, he will be statutorily entitled to multiple damages and reasonable attorneys' fees. Those sums are part of the amount in controversy in a Chapter 93A case. *Spielman v. Genzyme Corp.*, 251 F.3d 1, 7 (1st Cir. 2001) (attorneys' fees); *F.C.I. Realty Trust v. Aetna Cas. & Sur. Co.*, 906 F. Supp. 30, 32 n.1 (D. Mass. 1995) (multiple damages). Accordingly, the jurisdictional amount in controversy is satisfied, and plaintiff's motion to remand is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 17, 2005