UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DANA TATRO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-40024 |
| ) | |
| ACTUARIAL STRATEGIES, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ADMIT DAVID C. SALAZAR-AUSTIN PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Defendant Actuarial Strategies, Inc. ("Defendant") by and through its counsel, respectfully moves this Court to admit David C. Salazar-Austin, Esquire, pro hac vice as counsel for Defendant in the above-captioned matter. The grounds for this motion are as follows:

1. Mr. Salazar-Austin is a member in good standing of every bar in which he has been admitted to practice. (See Affidavit of David C. Salazar-Austin ("Salazar-Austin Aff."), at ¶ 2).

2. Mr. Salazar-Austin has been admitted to practice before the Courts of the State of Connecticut and the United States District Court for the District of Connecticut. (Salazar-Austin Aff. at ¶ 2.)

3. There are no disciplinary proceedings pending against Mr. Salazar-Austin as a member of the bar of any jurisdiction. (Salazar-Austin Aff. at ¶ 3).

4. Mr. Salazar-Austin is familiar with the local rules of this Court and the Federal Rules of Civil Procedure. (Salazar-Austin Aff. at ¶ 4).

5. Mr. Salazar-Austin is familiar with Actuarial Strategies, Inc. and the issues in this lawsuit. Mr. Salazar-Austin's appearance and participation in this matter in conjunction with attorneys from Day, Berry & Howard LLP's Boston office are necessary for the proper and effective representation of Actuarial Strategies, Inc. (Salazar-Austin Aff. at ¶ 5).

6. This motion is made by a member of the bar of this Court who has made an appearance in this matter.

**WHEREFORE**, Actuarial Strategies, Inc, by and through its counsel, moves this Court to admit David C. Salazar-Austin pro hac vice in this litigation.

                                          Respectfully submitted,
                                          ACTUARIAL STRATEGIES, INC.,
                                          Defendant,

                                          By its attorneys,

                                          /s/ John P. McLafferty
                                        John P. McLafferty (BBO # 639179)
                                        Glenn W. Dowd, *pro hac vice*
                                        DAY, BERRY & HOWARD LLP
                                        260 Franklin Street
                                        Boston, Massachusetts 02110-3179
DATED: March 8, 2005                (617) 345-4600

-3-

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, hereby certify that on March 8, 2005, I served a true and correct copy of the foregoing via first class mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.

                                                    /s/ John P. McLafferty
                                                John P. McLafferty