UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DANA TATRO,<br><br>        Plaintiff,<br><br>v.<br><br>ACTUARIAL STRATEGIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-40024<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DAVID C. SALAZAR-AUSTIN

I, David C. Salazar-Austin, hereby depose and say as follows:

1. I am an associate in the law firm of Day, Berry & Howard LLP, CityPlace I, Hartford, Connecticut, 06103.

2. I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the State of Connecticut. I have also been admitted to the bar of the United States District Court for the District of Connecticut.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Federal Rules of Civil Procedure and the rules for practice before the United States District Court for the District of Massachusetts.

5. I am familiar with Actuarial Strategies, Inc. ("Defendant") and the issues in this lawsuit. My appearance and participation in conjunction with attorneys from Day, Berry & Howard LLP's Boston office are necessary for the proper and effective representation of Defendant in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF MARCH, 2005.

                                            /s/ David C. Salazar-Austin
                                            David C. Salazar-Austin

**CERTIFICATE OF SERVICE**

    I, John P. McLafferty, hereby certify that on March 8, 2005, I served a true and correct copy of the foregoing via first class mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.

                                            /s/ John P. McLafferty
                                            John P. McLafferty