**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES DANA TATRO,        ) | |
|        ) | |
|        Plaintiff,        ) | |
| v.        ) | Civil Action No. 4:05-cv-40024-FDS |
|        ) | |
| ACTUARIAL STRATEGIES, INC.,        ) | |
|        ) | |
|        Defendant.        ) | |
|        ) | |
|        ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**ACTUARIAL STRATEGIES, INC.**

Pursuant to Local Rule 7.3, Defendant Actuarial Strategies, Inc. ("ASI") states that it has

no parent corporation and that no publicly traded company owns 10% or more of ASI's stock.

Respectfully submitted,
The Defendant
**ACTUARIAL STRATEGIES, INC.**

By its attorneys,

      /s/ John P. McLafferty
John P. McLafferty, BBO# 639179
Glenn W. Dowd, *pro hac vice*
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110-3179
(617) 345-4600

DATED:   March 8, 2005

-2-

## CERTIFICATE OF SERVICE

I, John P. McLafferty, hereby certify that on March 8, 2005, I served a true and correct copy of the foregoing via first class mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.


_____/s/ John P. McLafferty_____
John P. McLafferty