UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| CHARLES DANA TATRO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action  No. 4:05-cv-40024-FDS |
| v. | ) | |
| | ) | |
| ACTUARIAL STRATEGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO REOPEN THIS ACTION

The Defendant, Actuarial Strategies, Inc. ("ASI"), hereby respectfully requests an extension of time of thirty (30) days, up to and including May 31, 2005, to reopen the above–captioned matter upon good cause shown.  In support of this Motion for Extension of Time, ASI states as follows:

1.      On April 1, 2005, the Court dismissed this action "without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated."

2.      The parties have agreed in principle to settle this action, but to date have been unable to finalize a settlement agreement.

3.      The parties do not anticipate having a settlement in place before the Court-ordered thirty day window to reopen the case has expired, but do anticipate that this action will be formally settled by May 31, 2005.

4.      Plaintiff's counsel has assented to this Motion for Extension of Time.

5.      This extension of time will not prejudice the Court or the Plaintiff.

-2-

Wherefore, for the foregoing reasons, ASI respectfully requests that the Court grant its

Motion for Extension of Time.

Dated: APRIL 27, 2005                                    DEFENDANT,
                                                        ACTUARIAL STRATEGIES, INC.


                                        By /s/ John P. McLafferty _____
                                            John P. McLafferty (BBO# 639179)
                                            Glenn W. Dowd, *pro hac vice*
                                            David C. Salazar-Austin, *pro hac vice*
                                            Day, Berry & Howard LLP
                                            260 Franklin Street
                                            Boston, Massachusetts 02110
                                            (617) 345-4600
                                            Its Attorneys


## CERTIFICATE OF SERVICE

I, John P. McLafferty, hereby certify that on the 27th day of April, 2005, I served a true and correct copy of the foregoing via overnight mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.


                                            _____/s/ John P. McLafferty_____
                                            John P. McLafferty