UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DANA TATRO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACTUARIAL STRATEGIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 4:05-cv-40024-FDS |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)

Pursuant to Local Rule 7.1(A)(2), I, David C. Salazar-Austin, counsel for the Defendant, Actuarial Strategies, Inc., hereby certify that on April 27, 2005, I conferred with Attorney John Wozniak, counsel for Plaintiff, Charles Dana Tatro, in a good faith attempt to resolve or narrow the issues raised by the Defendant's Assented-to Motion for Extension of Time, filed herewith. Attorney Wozniak advised me that Plaintiff assents to the Defendant's Motion.

Dated: APRIL 27, 2005

DEFENDANT,
ACTUARIAL STRATEGIES, INC.

By /s/ David Salazar-Austin
    John P. McLafferty (BBO# 639179)
    Glenn W. Dowd, *pro hac vice*
    David C. Salazar-Austin, *pro hac vice*
    Day, Berry & Howard LLP
    260 Franklin Street
    Boston, Massachusetts 02110
    (617) 345-4600
    Its Attorneys

-2-

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, hereby certify that on the 27th day of April, 2005, I served a true and correct copy of the foregoing via overnight mail upon Plaintiff's counsel, John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.


                                                            /s/ John P. McLafferty
                                                           John P. McLafferty