UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DANA TATRO, <br><br> Plaintiff, <br><br> v. <br><br> ACTUARIAL STRATEGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-40024 <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF ADDRESS

Effective August 15, 2005, please note that the new mailing address for Defendant's counsel will be:

        Day, Berry & Howard LLP
        One International Place
        Boston, MA 02110

Please note that our telephone and fax numbers will remain the same.

        Respectfully submitted,
        ACTUARIAL STRATEGIES, INC.,
        Defendant,

        By its attorneys,


          /s/ John P. McLafferty
        John P. McLafferty (BBO # 639179)
        DAY, BERRY & HOWARD LLP
        260 Franklin Street
        Boston, Massachusetts 02110-3179
        (617) 345-4600

DATED: August 10, 2005

-2-

## CERTIFICATE OF SERVICE

    I, John P. McLafferty, hereby certify that on this 10th day of August, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to John M. Wozniak, Esq., Wozniak & Padula, P.C., 82 Cape Road, Route 140, Mendon, MA 01756.


                              /s/ John P. McLafferty
                              John P. McLafferty